**DINESH PERERA, JENNIER MCCANDLESS**
**67 Alameda Padre Serra**
**SANTA BARBARA, CA 93103**

Tel. 805-448-7961

**Defendants, Pro Se**



FILED
CLERK, U.S. DISTRICT COURT

APR 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CV12-2874-PA (JC(Gx)

WELLS FARGO BANK, N.A.

Plaintiff,

vs

JENNIFER MCCANDLESS,
DINESH PERERA, JENNIFER
MCCANDLESS and
DINESH PERERA, Does
1 to 10
Defendants.

Santa Barbara County Superior Court Case
No. 1384458

NOTICE OF REMOVAL OF LAWSUIT
PENDING IN STATE COURT TO
U.S. DISTRICT COURT

28 U.S.C. Sec. 1441, et. seq.

Dinesh Perera and Jennifer McCandless, hereby remove the lawsuit entitled Wells .

Fargo Bank, N. A. v. Jennifer McCandless, et al.,  formerly pending in the Santa Barbara

Superior Court, located at 1100 Anacapa St., Santa Barbara, CA 9210, Case No. 1384458,

to the United States District Court for the Central District of California, Western Division,

pursuant to 28 USC § 1441, 1452(a). Said Removal shall divest and disqualify the Superior

Court from taking any further action in this matter.

Defendant gives notice of such removal to each of the following:

NOTICE OF REMOVAL                                                    1

PAID

APR 2, 2012

APR - 2 2012

Clerk of the Court
Santa Barbara Superior Court
1100 Anacapa St.
Santa Barbara, CA 93101

Law Offices of Kenneth A. Freedman
4165 East Thousand Oaks Blvd., Suite 101
Westlake Village, CA 91362

The relevant pleadings in the Santa Barbara County Superior Court case 1384458 are

attached as Exhibit A.

March 29, 2012

By _____

Dinesh Perera

By _____

Janice McCandless

NOTICE OF REMOVAL                                              2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT A - RELEVANT PLEADINGS IN CASE NO. 138448

NOTICE OF REMOVAL                                    3

SUM-130

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**FILED**
SUPERIOR COURT of CALIFORNIA
COUNTY of SANTA BARBARA

JAN 0 4 2012

GARY M. BLAIR, Executive Officer

BY _Penny Wooff_ pw
PENNY WOOFF, Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* Jennier Mc Candless, Dinesh Perera,
Does 1 to 10

**YOU ARE BEING SUED BY PLAINTIFF:** Wells Fargo Bank NA
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   Santa Barbara Superior Court
   1100 Anacapa St., Santa Barbara, CA 93101

   **CASE NUMBER:**
   *(Número del caso):*
   **1384458**

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   KENNETH A. FREEDMAN  (SBN 61174)          T: (805) 777-3822
   4165 EAST THOUSAND OAKS BLVD. SUITE 101   WESTLAKE VILLAGE, CA 91362

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) [✓] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

GARY M. BLAIR, EXECUTIVE OFFICER

Date: JAN 0 4 2012     Clerk, by _Penny Wooff_ , Deputy
*(Fecha)*                *(Secretario)*    PENNY WOOFF    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify):*
   under: [ ] CCP 416.10 (corporation)       [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] CCP 415.46 (occupant)            [ ] other *(specify):*
5. [ ] by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

SUM-130

| PLAINTIFF *(Name):* Wells Fargo Bank NA | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* Jennifer McCandless et al | 1384458 |

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

   a. Assistant's name:

   b. Telephone no.:

   c. Street address, city, and zip:

   d. County of registration:

   e. Registration no.:

   f. Registration expires on *(date):*

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

LAW OFFICES OF
**KENNETH A. FREEDMAN**
A PROFESSIONAL LAW CORPORATION
Kenneth A. Freedman (State Bar #61174)
4165 East Thousand Oaks Boulevard
Suite 101
WESTLAKE VILLAGE, CALIFORNIA 91362
Telephone (805) 777-3822- Fax (805) 777-3827
Email: kaflaw@gmail.com

**F I L E D**
SUPERIOR COURT of CALIFORNIA
COUNTY of SANTA BARBARA

**JAN 0 4 2012**

GARY M. BLAIR, Executive Officer
BY _Penny Wooff_
PENNY WOOFF, Deputy Clerk

Attorney for Plaintiff,
WELLS FARGO BANK NA

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA BARBARA - LIMITED CIVIL

| | |
|---|---|
| WELLS FARGO BANK NA,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER MC CANDLESS, DINESH PERERA, and DOES 1 to 10,<br><br>Defendants. | CASE NO. **1384458**<br><br>COMPLAINT - UNLAWFUL DETAINER<br>(*Action based on Code of Civil Procedure Section 1161a*)<br><br>(Amount demanded does not exceed $10,000) |

1.    Plaintiff Wells Fargo Bank NA, alleges causes of action against defendants Jennifer Mc Candless, Dinesh Perera, and Any and All Other Occupants.

2.    Plaintiff is a federal savings bank.

3.    Defendant named above is in possession of the premises located at 67 Alameda Padre Serra, Santa Barbara, CA 93103.

4.    Plaintiff's interest in the premises is as owner.

5.    The true names and capacities of defendants sued as Does are unknown to plaintiff.

6.   a.   On or about 12/15/11, by way of Plaintiff's acquisition of the property through foreclosure, defendants Jennifer Mc Candless, Dinesh Perera, and Any and All Other Occupants became tenants at sufferance.

b.   Plaintiff acquired ownership of the property by foreclosure sale on 11/7/11 and title was perfected on 11/17/11, the date of recording of the Trustee's Deed Upon Sale.  Plaintiff has complied with Section 2924 of the *Civil Code*.  Notice of Default and Notice of Trustee's Sale are attached hereto as Exhibit 1A.

c.   A copy of the Trustee's Deed Upon Sale is attached hereto as Exhibit 1B.

d.   The defendants named in item 6.a., as well as Any and All Other Occupants are tenants in possession.

7.   a.   Defendants Jennifer Mc Candless, Dinesh Perera, and Any and All Other Occupants of the property were served a 3/30/60/90 Day Notice for Possession on 12/11/11.

b.   (1)   On 12/15/11 the period stated in the notice expired at the end of the day.

(2)   Defendants failed to comply with the requirements of the notice by that date.

c.   All facts stated in the notice are true.

d.   A copy of the Notice is attached and labeled Exhibit 2.

8.   a.   The notice in item 7.a. was served on the defendant named in 7.a. as follows:

(1)   By posting a copy on the premises in a conspicuous place on 12/11/11 at 4:19 p.m.; and thereafter

mailing a copy to defendant at the premises by depositing said copy in the United States Mail on 12/12/11 from Santa Barbara, in a sealed envelope with postage fully prepaid.

      b.   Proof of Service of the notice in item 7.a. is attached and labeled Exhibit 3.

9.   The fair rental value of the premises is $<u>96.66</u>  per day.

10.  Plaintiff requests possession of the premises, costs incurred in this proceeding, and damages at the rate stated in item 9 from 12/15/11 for each day that defendants remain in possession through entry of judgment.

11.  Plaintiff accepts the jurisdictional limit, if any, of the court.

DATED:  December 23, 2011

                    KENNETH A. FREEDMAN
                    A Professional Law Corporation

          By:  _____
                    KENNETH A. FREEDMAN
                    Attorney for Plaintiff,
                    WELLS FARGO BANK NA,

1

<u>**VERIFICATION**</u>

2

STATE OF CALIFORNIA     )

3                                 )   ss.

COUNTY OF LOS ANGELES    )

4

5     I, Bruce Bernstorff, declare that I am an Officer of Wells Fargo Bank NA, a party to this action or proceeding.  I am authorized to make this verification for and on its behalf, and I

6 make this verification for that reason.

7     I have read the foregoing Complaint – Unlawful Detainer and know its contents.  The matters stated in the foregoing document

8 are true of my own knowledge except as to those matters which are stated on information and believe, and as to those matters I

9 believe them to be true.

10     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

11

12     Executed on December 23, 2011, at Woodland Hills, California.

13

                                      **(signature on attached fax)**

14                                       BRUCE BERNSTORFF

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **VERIFICATION**

2

STATE OF CALIFORNIA        )
                           )  ss.
3
COUNTY OF LOS ANGELES      )

4

   I, Bruce Bernstorff, declare that I am an Officer of Wells
5  Fargo Bank NA, a party to this action or proceeding.  I am
   authorized to make this verification for and on its behalf, and I
6  make this verification for that reason.

7     I have read the foregoing Complaint — Unlawful Detainer and
   know its contents.  The matters stated in the foregoing document
8  are true of my own knowledge except as to those matters which are
   stated on information and believe, and as to those matters I
9  believe them to be true.

10    I declare under penalty of perjury under the laws of the
   State of California that the foregoing is true and correct.
11

      Executed on December 23, 2011, at Woodland Hills,
12 California.

13

14                                   _____
                                     BRUCE BERNSTORFF
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2010-0045956

Recording Requested By:
**First American Title Insurance Company**

| Recorded | REC FEE | 24.00 |
| Official Records | | |
| County of | | |
| Santa Barbara | | |
| Joseph E. Holland | | |

| | HA | |
| 08:01AM 25-Aug-2010 | Page 1 of 3 | |

When Recorded Mail To:
**First American Trustee Servicing Solutions, LLC**
**6 Campus Circle, 2nd Floor**
**Westlake, TX 76262**

Space above this line for Recorder's use only

TS No. :    CA1000209137
APN:        015-152-02
TSG No. :   4521021

**Pursuant to California Code Section 2924c(b)(1) please be advised of the following:**

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST
## IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account into good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five days business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this Notice of Default may be recorded (which date of recordation appears on this notice).

This amount is **$22,910.04** as of **08/23/2010**, and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the three month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2);

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

**Wells Fargo Bank, NA**
**c/o First American Trustee Servicing Solutions, LLC**
**6 Campus Circle, 2nd Floor**
**Westlake, TX 76262**

EXHIBIT 1A

TS No.:          CA1000209137
VA/FHA/PMI No.:

# NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

**Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

NOTICE IS HEREBY GIVEN: That **First American Trustee Servicing Solutions, LLC** As Agent for the current beneficiary under a Deed of Trust dated **12/15/2006**, executed by:

**JENNIFER MCCANDLESS AND DINESH PERERA, WIFE AND HUSBAND,**

as Trustor(s) to secure certain obligations in favor of **WELLS FARGO BANK, N.A.** as Beneficiary, recorded **12/19/2006**, (as Instrument No.) **2006-0098213**, (in Book) . (Page) of Official Records in the Office of the Recorder of **Santa Barbara** County, California describing land therein as:

## AS MORE FULLY DESCRIBED IN THE ABOVE MENTIONED DEED OF TRUST

said obligations including ONE NOTE FOR THE ORIGINAL sum of **$783,200.00**.

That a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

**THE INSTALLMENT OF PRINCIPAL AND INTEREST WHICH BECAME DUE ON 4/1/2010 AND ALL SUBSEQUENT INSTALLMENTS, TOGETHER WITH LATE CHARGES AS SET FORTH IN SAID NOTE AND DEED OF TRUST, ADVANCES, ASSESSMENTS, FEES, AND/OR TRUSTEE FEES. NOTHING IN THIS NOTICE SHALL BE CONSTRUED AS A WAIVER OF ANY FEES OWING TO THE BENEFICIARY UNDER THE DEED OF TRUST, PURSUANT TO THE TERMS OF THE LOAN DOCUMENTS.**

That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said agent, a written Declaration of Default and Demand for same, and has deposited with said agent such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Dated: **Aug 23, 2010**

**First American Trustee Servicing Solutions, LLC As Agent For The Current Beneficiary**
By: First American Title Insurance Company, as Agent

By: _____

Name: _____JOE BUENO_____   (signature)

Title: _____

**First American Trustee Servicing Solutions, LLC MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.**

See Attached Declaration

# NOTICE OF DEFAULT DECLARATION
## PURSUANT TO CALIFORNIA CIVIL CODE 2923.5

Wells Fargo Home Mortgage
3476 Stateview Blvd.
Fort Mill, SC 29715

Borrower: JENNIFER MCCANDLESS
Property Address:   67 ALAMEDA PADRE SERRA
                    SANTA BARBARA   CA   93103

The undersigned mortgagee, beneficiary, or their authorized agent (collectively, the "Beneficiary") represent and declares that the requirements of CA Civil Code 2923.5 have been met.  This Declaration is required for any residential owner occupied property in which the loan was originated between January 1, 2003 and December 31, 2007.  Non-owner occupied property and vacant property are exempt from the requirements of CA Civil Code 2923.5.

One of the below necessary requirements was met by the Beneficiary:

* The Beneficiary has made contact with the borrower pursuant to CA Civil Code 2923(a)(2).  Contact with the borrower was made in person or by telephone to assess the borrower's financial situation and explore options for the borrower to avoid foreclosure.

* Due Diligence to contact the borrower was exercised pursuant to CA Civil Code 2923.5(g)(2) by the Beneficiary.

* The borrower has surrendered the property as evidenced by either a letter confirming the surrender or delivery of the keys to the property to the mortgagee, Trustee, beneficiary, or authorized agent pursuant to CA Civil Code 2923.5(h)(1).

* The borrower has contracted with an organization, person, or entity whose primary business is advising people who have decided to leave their homes on how to extend the foreclosure process and avoid their contractual obligations to mortgagees or beneficiaries pursuant to CA Civil Code 2923.5(h)(2).

* The borrower has filed for bankruptcy and the proceedings have not been finalized pursuant to CA Civil Code 2923.5(h)(3).

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  08/20/2010

_____
Wells Fargo Home Mortgage

China Brown
_____
VP of Loan Documentation

**2011-0061348**

| | |
|---|---|
| Recorded | REC FEE 18.00 |
| Official Records | |
| County of | |
| Santa Barbara | |
| Joseph E. Holland | |
| County Clerk Recorder | |
| | MB |
| 02:14PM 25-Oct-2011 | Page 1 of 1 |

Recording requested by:
**LSI Title Company**

When Recorded Mail To:
**NDEx West, L.L.C.**
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013
(866) 795-1852

APN #: 035-470-06-00
Property Address:
**1235 MIRACANON LN**
**SANTA BARBARA, CALIFORNIA 93109**

NOTS20110015004174

Space above this line for Recorder's use only

Trustee Sale No. : 20110015004174          Title Order No.: 110382746          FHA/VA/PMI No.:

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 12/24/2007. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

**NDEX WEST, LLC**, as duly appointed Trustee under and pursuant to Deed of Trust Recorded on 12/28/2007 as Instrument No. 2007-0087637 of official records in the office of the County Recorder of SANTA BARBARA County, State of CALIFORNIA.

**EXECUTED BY:      MARC JONES,**
WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK/CASH EQUIVALENT or other form of payment authorized by 2924h(b), (payable at time of sale in lawful money of the United States).
**DATE OF SALE:** 11/21/2011      **TIME OF SALE:**      1:00 PM
**PLACE OF SALE:**      AT THE MAIN ENTRANCE TO THE COUNTY COURTHOUSE, 1100 ANACAPA STREET, SANTA BARBARA, CA.
STREET ADDRESS and other common designation, if any, of the real property described above is purported to be:
**1235 MIRACANON LN, SANTA BARBARA, CALIFORNIA 93109**
APN#:      035-470-06-00

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust. The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is $1,304,897.85. The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located.

FOR TRUSTEE SALE INFORMATION PLEASE CALL:
**AGENCY SALES & POSTING**
3210 EL CAMINO REAL, SUITE 200
IRVINE, CA 92602
714-730-2727
www.lpsasap.com

NDEx West, L.L.C. as Trustee

BY: Ric Juarez                    Dated: 10/24/2011

NDEx West, L.L.C. MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

FCUS_NoticeOfTrusteeSale.rpt - Record - 10/17/2011 - Ver-30

Page 1 of 1

**Pasion Title**

Recording Requested By
First American Trustee Servicing Solutions, LLC

2011-0066626
Recorded                | REC FEE     24.00
Official Records        |
County of               |
Santa Barbara           |
Joseph E. Holland       |
County Clerk Recorder   |
                        | HA
08:01AM 17-Nov-2011     | Page 1 of 4

**When Recorded & Mail Tax Statements To :**
Wells Fargo Home Mortgage
3476 Stateview Blvd
Fort Mill  CA 29715

APN Number :            015-152-02
Title Order Number :    4521021
TS Number :             CA1000209137
Loan Type :             Conventional

## TRUSTEES DEED UPON SALE

The undersigned grantor declares under penalty of perjury
1) The grantee herein WAS the foreclosing Beneficiary
2) The amount of the unpaid debt together with costs was.......... $ 889,501.03
3) The amount paid by the Grantee at the trustee sale was.......... $ 638,268.00
4) The documentary transfer tax is ..................................... $ 0 - Exempt

5) Said property is  INCORPORATED  / ~~UNINCORPORATED~~   City of Santa Barbara

First American Trustee Servicing Solutions, LLC , (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without warranty, expressed or implied to :

Wells Fargo Bank, NA

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of Santa Barbara in the State of California, described as follows :

**See Exhibit A attached hereto and made a part hereof.**

Recitals :
This conveyance is made pursuant to the powers conferred upon the Trustee by that certain Deed of Trust dated 12/15/2006 and executed by ,

**JENNIFER MCCANDLESS AND DINESH PERERA, WIFE AND HUSBAND**

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY

D.V.

Page 2 of 5

EXHIBIT 1β

APN Number :            015-152-02
Title Order Number :    4521021
TS Number :             CA1000209137
Loan Type :             Conventional

as Trustor, and recorded 12/19/2006, as Instrument No. 2006-0098213, in Book , Page , of Official Records of Santa Barbara County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance..

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the County Recorder of said County.

All requirements of law and the applicable Deed of Trust including, but not limited to those enumerated by Civil Code 2924, et. seq., regarding the mailing, publication, personal delivery and posting of the Notice of Default and Notice of Sale, as respectively appropriate, have been met.

Said property was sold by said Trustee at public auction on 11/07/2011 at the place named in the Notice of Sale, in the County of Santa Barbara in the State of California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said Trustee the amount of $638,268.00 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligation then secured by said Deed of Trust

Date : Nov 07, 2011

First American Trustee Servicing Solutions, LLC

By : _____
        Elizabeth Ryan            , Trustee Officer

State of Texas
County of Tarrant

Before me Holli H. Ogle _____, a Notary Public , on this day personally appeared
Elizabeth Ryan _____, known to me to be the person whose name is subscribed to therefore going instrument and acknowledged to me that this person executed the same for the purposes and considerations therein expressed.

Given under my hand and seal of office this day of Nov 07, 2011

Witness my hand and official seal

Signature : _____



HOLLI H. OGLE
Notary Public, State of Texas
My Commission Expires
March 03, 2015

APN Number :         015-152-02
Title Order Number :   4521021
TS Number :          CA1000209137
Loan Type :            Conventional

# Exhibit A

## Legal Description

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

THAT PORTION OF PUEBLO LOT NO. 74 OF THE OUTSIDE PUEBLO L.ANDS OF THE CITY OF SANTA, IS, THE CITY OF SANTA BARBARA, BARBARA, COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT A CROSS CUT ON THE PAVEMENT ITS THE CENTER LINE OF ALAMEDA PADRE SERRA. SET BY GEORGE A. MILLER, REGISTERED ENGINEER I122, FROM WHICH A 3/4 INCH SURVEY PIPE SET ON THE SOUTHEASTERLY LINE OF SAID ROAD BEARS SOUTH 24'b055' EAST, 30.23 FEET DISTANT, SAID POINT OF BEGINNING BEING THE NORTHWESTERLY CORNER OF THE TRACT OF LAND DESCRIBED IN THE DEED FROM FRANK 16, GALLAHER TO FREDERICK H. COWLES, ET AL., FILED NOVEMBER 20, 1935 IN THE OFFICE OF THE REGISTRAR OF TITLES AS TORI-ENS DOCUMENT NO. 1231, AND A DUPLICATE THEREOF RECORDED NOVEMBER 20, 1935 IN BOOK 343, PAGE 241 OF OFFICIAL RECORDS, RECORDS OF SAID COUNTY;

THENCE ALONG THE CENTER LINE OF SAID ALAMEDA PADRE SERRA, SOUTH 57'b059' WEST, 87.51 FEET, MORE OR LESS, TO THE MOST WESTERLY CORNER OF THE TRACT OF LAND DESCRIBED IN THE DEED TO ROY R. KENNEDY, CT UX., FLIED SEPTEMBER 23, 1947 IN THE OFFICE OF THE REGISTRAR OF TITLES AS TORRENS DOCUMENT NO. 2209, AND A DUPLICATE THEREOF RECORDED SEPTEMBER 23, 1947 IN BOOK 744, PAGE 450 OF OFFICIAL RECORDS, RECORDS OF SAID COUNTY, SAID POINT BEING THE TRUE POINT OF BEGINNING OF THE PROPERTY HEREIN DESCRIBED;

THENCE CONTINUING ALONG THE CENTER LINE OF ALAMEDA PADRE SERRA, SOUTH 57'b059' WEST, 84.07 FEET, MORE OR LESS, TO THE MOST NORTHERLY CORNER OF THE TRACT OF LAND DESCRIBED IRS THE DEED TO SAMUEL GERSON, ET UX., REGISTERED AUGUST 2, 1948 IN THE OFFICE OF THE SAID REGISTRAR OF TITLES AS TORI-ENS DOCUMENT NO. 2406, A DUPLICATE THEREOF RECORDED AUGUST 2, 1948 IN BOOK 798, PAGE 35 OF OFFICIAL RECORDS, RECORDS OF SAID COUNTY;

THENCE ALONG THE NORTHEASTERLY LINE OF SAID GERSON TRACT OF LAND, SOUTH 29'b001' EAST, 208.69 FEET TO THE MOST EASTERLY CORNER OF SAID GERSON TRACT OF LAND, SAID POINT BEING A POINT IN THE SOUTHEASTERLY LINE OF THE TRACT OF LAND DESCHBED IN THE DEED TO JOHN BJORNEN, AT UX., REGISTERED OCTOBER 8, 1945 IN THE OFFICE OF THE SAID REGISTRAR OF TITLES AS TORRENS DOCUMENT NO. 1890 AND A DUPLICATE THEREOF RECORDED OCTOBER 8, 1945 IN BOOK 668, PAGE 148 OF OFFICIAL RECORDS, RECORDS OF SAID COUNTY;

THENCE ALONG THE SOUTHEASTERLY LINE OF SAID BJORNEN TRACT OF LAND, NORTH 57'b059' EAST, 72.55 FEET TO THE MOST SOUTHERLY CORNER OF SAID KENNEDY TRACT OF LAND ABOVE REFERRED TO;

THENCE ALONG THE SOUTHWESTERLY LINE OF SAID KENNEDY TRACT OF LAND, NORTH 25'b052' WEST, 209.61 FEET TO THE TRUE POINT OF BEGINNING.

EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE CITY OF SANTA BARBARA BY DEED RECORDED DECEMBER 20, 1921 AS INSTRUMENT NO. 7082 IN BOOK 202, PAGE 189 OF DEEDS.

SAID LAND IS SHOWN WITH OTHER LANDS ON A MAP OF SURVEY FILED IN BOOK 29, PAGE 34 OF RECORD OF SURYEYS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

# NOTICE FOR POSSESSION
## (Pursuant to CCP section 1161a(b)(3))

TO:   · Jennifer Mc Candless
       Dinesh Perera
       <u>Any Other Occupants</u>

and all persons in possession of the premises located at:

       67 Alameda Padre Serra
       <u>Santa Barbara, CA 93103</u>

## NOTICE IS HEREBY GIVEN THAT:

(1) If you are the Trustor of the Deed of Trust described below and/or you are residing with the Trustor of the Deed of Trust on the premises herein, within Three (3) days after service on you of this Notice, you are required to quit, vacate, and deliver up to the undersigned the possession of the premises now held and occupied by you, or the undersigned will institute legal proceeding against you to recover possession of said premises and for rents or damages as provided by law.

(2) If you are a Tenant under a valid written agreement residing with the Trustor of the Deed of Trust described below on the premises herein, within Thirty (30) days after service on you of this Notice, you are required to quit, vacate, and deliver up to the undersigned the possession of the premises now held and occupied by you, or the undersigned will institute legal proceeding against you to recover possession of said premises and for rents or damages as provided by law.

(3) If you are a Bona-fide Tenant, as defined in Public Law 111-22, and the Trustor of the Deed of Trust does not reside on the premises herein, within Ninety (90) days after service on you of this Notice, you are required to quit, vacate, and deliver up to the undersigned the possession of the premises now held and occupied by you, or the undersigned will institute legal proceeding against you to recover possession of said premises and for rents or damages as provided by law.

(4) If you are not a Bona-fide Tenant, as defined in Public Law 111-22, and the Trustor of the Deed of Trust does not reside on the premises herein, within Sixty (60) days after service on you of this Notice, you are required to quit, vacate, and deliver up to the undersigned the possession of the premises now held and occupied by you, or the undersigned will institute legal proceeding against you to recover possession of said premises and for rents or damages as provided by law.

You are required to quit and deliver up possession of said premises for the reason that the premises has been duly sold to the undersigned in accordance with Section 2924 of the *Civil Code* of the State of California on <u>November 7, 2011</u>, under the power of sale contained in a Deed of Trust executed by the Trustor or his/her predecessors in interest and recorded on <u>December 19, 2006</u> recorded in the Official Records of <u>Santa Barbara County</u>, State of California, and the title under sale has been duly perfected.

This Notice to you is given pursuant to the provisions of Section 1161(3) of the *Code of Civil Procedure* of the State of California.

Dated: <u>December 9, 2011</u>, at <u>Westlake Village</u>, California.

_____
KENNETH A. FREEDMAN
AGENT (for Wells Fargo Bank NA,
(805)777-3822


EXHIBIT 2

## NOTICE TO ANY RENTERS LIVING AT:

### 67 Alameda Padre Serra, Santa Barbara, CA  93103

The attached Notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what your rights are.  You may receive court papers in a few days.  If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving papers, even if you are not named in the papers, you will likely lose any rights you may have.  In some cases, you can respond without hurting your credit.  You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers.  In some cases and in some cities with a "just cause for eviction law", you may not have to move at all.  But you must take the proper legal steps in order to protect your rights.

### How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program.  You can locate these nonprofit groups at the California Legal Services website (http://www.lawhelpcalifornia.org/), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

| ATTORNEY OR PARTY WITH... ATTORNEY (Name & Address):   TELEPHO..E: | FOR COURT USE |
|---|---|
| Kenneth A. Freedman<br>Kenneth A. Freedman, A Professional Law Corporation<br>4165 E. thousand Oaks, Suite 101<br>Westlake Village, Ca  91362 <br>805-777-3822 | |
| **ATTORNEY FOR (name):** Wells Fargo Bank NA          **REF:** | |
| INSERT NAME OF COURT, JUDICIAL DISTRICT AND BRANCH COURT: | |

| **SHORT TITLE OF THE CASE:** Wells Fargo Bank  vs  Jennifer Mc Candless, et al. | **CASE#:** |
|---|---|

# PROOF OF SERVICE

**1. AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION.**

**2. I SERVED THE FOLLOWING DOCUMENTS:**

Notice for Possession. Notice to Any Renters Living At:

67 Alameda Padre Serra, Santa Barbara, Ca  93103

**3. PARTY SERVED:** Any other occupant

**4. ADDRESS**  [✓] **HOME**      [ ] **BUSINESS :** 67 Alameda Padre Serra, Santa Barbara, Ca  93103

**5. METHODE OF SERVICE :**

[ ] **PERSONAL SERVICE :**
            **DATE OF SERVICE :**                      **TIME OF SERVICE :**

[ ] **SUBSTITUTED SERVICE TO :**
            **DATE OF SERVICE :**                      **TIME OF SERVICE :**

[✓] **BY POSTING :** BY POSITING THE NOTICE IN A CONSPICUOUS PLACE AT TENANTS RESIDENCE
            AFTER ATTEMPTING SERVICE IN BOTH MANNERS INDICATED ABOVE.(CCP 1162)
            **DATE OF POSTING :** 12/11/11            **TIME OF POSTING :** 4:19pm

[✓] **BY MAIL :** By mailing copies to the person identified in paragraph 3 by first class mail. (CCP 1162)
            **DATE OF MAILING :** 12/12/11            **PLACE OF DEPOSIT :** Santa Barbara

**6. PERSON SERVING :** Sonny James Haendiges            **FEE FOR SERVICE :** $

**WEST COAST SERVICES, INC.**                    Registered California Process Server
**348 E. OLIVE AVE. SUITE K**                    (1) [ ] Employee or [X] Independent
**BURBANK, CA. 91502**                           (2) Registration No: 553
**Tel: (818) 845-5067**                          (3) County: Ventura

**7. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.**

**DATE :** 12/14/11

_____                              _____
Sonny James Haendiges                                           (SIGNATURE)
( NAME OF THE PERSON SERVED PAPERS)

EXHIBIT 3

PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name & Address): | TELEPHONE: | FOR COURT USE |
|---|---|---|
| Kenneth A. Freedman<br>Kenneth A. Freedman, A Professional Law Corporation<br>4165 E. thousand Oaks, Suite 101<br>Westlake Village, Ca  91362 | 805-777-3822 | |
| ATTORNEY FOR (name): Wells Fargo Bank NA          REF: | | |
| INSERT NAME OF COURT, JUDICIAL DISTRICT AND BRANCH COURT: | | |

| SHORT TITLE OF THE CASE:  Wells Fargo Bank  vs  Jennifer Mc Candless, et al. | CASE#: |
|---|---|

# PROOF OF SERVICE

**1.  AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION.**

**2.  I SERVED THE FOLLOWING DOCUMENTS:**
Notice for Possession. Notice to Any Renters Living At:

67 Alameda Padre Serra, Santa Barbara, Ca  93103

**3.  PARTY SERVED:** Jennifer Mc Candless

**4.  ADDRESS   [✓] HOME     [ ] BUSINESS :** 67 Alameda Padre Serra, Santa Barbara, Ca  93103

**5.  METHODE OF SERVICE :**

[ ] **PERSONAL SERVICE :**
      **DATE OF SERVICE :**                        **TIME OF SERVICE :**

[ ] **SUBSTITUTED SERVICE TO :**
      **DATE OF SERVICE :**                        **TIME OF SERVICE :**

[✓] **BY POSTING :** BY POSITING THE NOTICE IN A CONSPICUOUS PLACE AT TENANTS RESIDENCE
      AFTER ATTEMPTING SERVICE IN BOTH MANNERS INDICATED ABOVE.(CCP 1162)
      **DATE OF POSTING :** 12/11/11                **TIME OF POSTING :** 4:19pm

[✓] **BY MAIL :** By mailing copies to the person identified in paragraph 3 by first class mail. (CCP 1162)
      **DATE OF MAILING :** 12/12/11                **PLACE OF DEPOSIT :** Santa Barbara

**6.  PERSON SERVING :** Sonny James Haendiges            **FEE FOR SERVICE :** $

**WEST COAST SERVICES, INC.**                 Registered California Process Server
**348 E. OLIVE AVE. SUITE K**                 (1) [ ] Employee or [X] Independent
**BURBANK, CA. 91502**                        (2) Registration No: 553
**Tel: (818) 845-5067**                       (3) County: Ventura

**7.  I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT
THE FOREGOING IS TRUE AND CORRECT.**

**DATE :** 12/14/11

Sonny James Haendiges
( NAME OF  THE PERSON SERVED PAPERS)                          (SIGNATURE)

PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name & Address):    TELEPHONE: | FOR COURT USE |
|---|---|
| Kenneth A. Freedman     805-777-3822 <br> Kenneth A. Freedman, A Professional Law Corporation <br> 4165 E. thousand Oaks, Suite 101 <br> Westlake Village, Ca 91362 <br> **ATTORNEY FOR (name):** Wells Fargo Bank NA    **REF:** <br> **INSERT NAME OF COURT, JUDICIAL DISTRICT AND BRANCH COURT:** | |

| SHORT TITLE OF THE CASE: Wells Fargo Bank  vs  Jennifer Mc Candless, et al. | CASE#: |
|---|---|

# PROOF OF SERVICE

**1.  AT THE TIME OF SERVICE, I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION.**

**2.  I SERVED THE FOLLOWING DOCUMENTS:**
Notice for Possession. Notice to Any Renters Living At:

67 Alameda Padre Serra, Santa Barbara, Ca 93103

**3.  PARTY SERVED:** Dinesh Perera

**4.  ADDRESS** [✓] HOME    [ ] BUSINESS : 67 Alameda Padre Serra, Santa Barbara, Ca 93103

**5.  METHODE OF SERVICE :**

[ ] **PERSONAL SERVICE :**
     DATE OF SERVICE :        TIME OF SERVICE :

[ ] **SUBSTITUTED SERVICE TO :**
     DATE OF SERVICE :        TIME OF SERVICE :

[✓] **BY POSTING :** BY POSTING THE NOTICE IN A CONSPICUOUS PLACE AT TENANTS RESIDENCE
         AFTER ATTEMPTING SERVICE IN BOTH MANNERS INDICATED ABOVE. (CCP 1162)
     **DATE OF POSTING :** 12/11/11      **TIME OF POSTING :** 4:19pm

[✓] **BY MAIL :** By mailing copies to the person identified in paragraph 3 by first class mail. (CCP 1162)
     **DATE OF MAILING :** 12/12/11      **PLACE OF DEPOSIT :** Santa Barbara

**6.  PERSON SERVING :** Sonny James Haendiges      FEE FOR SERVICE : $

**WEST COAST SERVICES, INC.**      **Registered California Process Server**
**348 E. OLIVE AVE. SUITE K**      (1) [ ] Employee or [X] Independent
**BURBANK, CA. 91502**      (2) Registration No: 553
Tel: (818) 845-5067      (3) County: Ventura

**7.  I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.**

**DATE :** 12/14/11

Sonny James Haendiges

( NAME OF  THE PERSON SERVED PAPERS )      (SIGNATURE)

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

KENNETH A. FREEDMAN ESQ. (61174)
4165 E. THOUSAND OAKS BLVD. SUITE 101
WESTLAKE VILLAGE, CA 91362

TELEPHONE NO.: 805-777-3822   FAX NO.: 805-777-3827
ATTORNEY FOR (Name): PLAINTIFF

**FILED**
SUPERIOR COURT of CALIFORNIA
COUNTY of SANTA BARBARA

JAN 0 4 2012

GARY M. BLAIR, Executive Officer

BY _Penny Wooff_ PW
PENNY WOOFF, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   SANTA BARBARA
STREET ADDRESS: 1100 ANACAPA DIVISION
MAILING ADDRESS: SANTA BARBARA, CA 93101
CITY AND ZIP CODE:
BRANCH NAME:

CASE NAME:
WELLS FARGO VS. CANDLESS

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| ☐ Unlimited (Amount demanded exceeds $25,000) | ☑ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder | 1384458 |
| | | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: |
| | | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☑ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition (not specified above) (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☑ monetary  b. ☑ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action (specify): 1
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 12/23/11

KENNETH A. FREEDMAN
_(TYPE OR PRINT NAME)_   _(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)_

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 www.courtinfo.ca.gov |
|---|---|---|

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or
    toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice–
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
  Defamation (e.g., slander, libel)
    (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)
**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract *(not unlawful detainer
      or wrongful eviction)*
    Contract/Warranty Breach–Seller
      Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
      Case
  Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
      domain, landlord/tenant, or
      foreclosure)*
**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*
**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case
      Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)
**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of
      County)
    Confession of Judgment *(non-
      domestic relations)*
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment
      Case
**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
      harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
      Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
      Claim
    Other Civil Petition

**CIVIL CASE COVER SHEET**

| | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA**<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: [1] Santa Barbara-Anacapa | **FILED**<br>SUPERIOR COURT of CALIFORNIA<br>COUNTY of SANTA BARBARA<br><br>JAN 1 8 2012<br><br>GARY M. BLAIR, Executive Officer<br>BY _____<br>APRIL GARCIA, Deputy Clerk |
| CAPTION:<br><br>Wells Fargo Bank NA vs Jennifer McCandless et al | |
| **ORDER & NOTICE OF CASE ASSIGNMENT** | CASE NUMBER: 1384458 |

The above case is hereby assigned to Judge **Denise de Bellefeuille** for ALL purposes, including trial. All future matters, including ex-parte matters, are to be scheduled with the assigned judge. Counsel shall include the name of the assigned judge in the caption of every document filed with the court.

ANY NEW PARTY BROUGHT INTO THIS CASE IS TO BE IMMEDIATELY NOTICED BY THE PLAINTIFF/PETITIONER OF THE JUDGE ASSIGNMENT AND A PROOF OF SERVICE OF THIS NOTICE IS TO BE FILED WITH THE COURT WITHIN FIVE (5) DAYS OF SERVICE OF NOTICE. FAILURE TO GIVE NOTICE AND FILE PROOF THEREOF MAY RESULT IN THE IMPOSITION OF SANCTIONS.

Dated:   JAN 1 8 2012

By _____
Judge of the Superior Court
BRIAN E. HILL

---

### CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this action and that a true copy of the foregoing was mailed first class, postage prepaid, in a sealed envelope addressed as shown, and that the mailing of the foregoing and execution of this certificate occurred at (place): _____SANTA BARBARA_____, California on (date): JAN 1 8 2012

Gary M. Blair, Executive Officer

By _____ Deputy

Kenneth Allan Freedman
4165 E Thousand Oaks Blvd Ste 101

Westlake Village   CA   91362

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA**

STREET ADDRESS: 1100 Anacapa Street
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Barbara, California 93101
BRANCH NAME: Santa Barbara-Anacapa Division

*FOR COURT USE ONLY*

**FILED**
SUPERIOR COURT of CALIFORNIA
COUNTY of SANTA BARBARA

**JAN 0 6 2012**

GARY M. BLAIR, Executive Officer
BY *Penny Wooff* pw
PENNY WOOFF, Deputy Clerk

Caption:

**Wells Fargo Bank NA vs Jennifer McCandless et al**

| | |
|---|---|
| **NOTICE OF UNLAWFUL DETAINER ACTION - CCP 1161.2** | CASE NUMBER:<br>**1384458** |

<u>An eviction action has been filed naming you as a defendant.  This notice does not constitute service of the</u>
<u>summons and complaint.</u>

The court may not allow access to your court file, index, or register of actions for 60 days after the complaint was filed except pursuant to an ex parte court order upon a showing of good cause by any person.

However, the court shall allow access to the court file to a party in the action, an attorney for one of the parties, or any other person who provides to the court the names of at least one plaintiff and one defendant <u>and</u> provides the address, including any applicable apartment, unit or space number of the subject premises, <u>or</u> can provide the name of one of the parties or the case number <u>and</u> can establish through proper identification that he or she lives at the subject premises.

If a defendant prevails in the action within 60 days after the complaint is filed, the court may <u>not</u> allow access to the court index, register of actions, or any documents in the court file.

The following numbers may be called for legal advice:

Santa Barbara County Lawyer Referral Service:  (805) 569-9400
California Rural Legal Assistance (CRLA):  Santa Maria (805) 922-4563
Legal Aid:  Santa Barbara (805) 963-6754, Santa Maria (805) 922-9909, Lompoc/Solvang (805) 736-6582
Santa Barbara County Bar Association:  (805) 569-5511

---

**CLERK'S CERTIFICATE OF MAILING**

I certify that I am not a party of this action and that a true copy of the foregoing was mailed first class, postage prepaid in a sealed envelope addressed as shown, and that the mailing of the foregoing and execution of this certificate occurred at Santa Barbara, California, on  01/06/12

ALL OCCUPANTS
67 Alameda Padre Serra
Santa Barbara, CA 93103

Jennifer  McCandless
67 Alameda Padre Serra
Santa Barbara, CA 93103

Dinesh  Perrera
67 Alameda Padre Serra
Santa Barbara, CA 93103

GARY M. BLAIR, EXECUTIVE OFFICER

By *Penny Wooff* , Deputy
PENNY WOOFF

Gary M. Blair, Executive Officer

---

Mandatory Form
SC-2022 [Rev. 07/21/2010]

**NOTICE OF UNLAWFUL DETAINER ACTION**

CCP 1161.2

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
FREEDMAN, KENNETH A.
4165 E. THOUSAND OAKS BLVD., #101
WESTLAKE VILLAGE, CA 91362
   TELEPHONE NO.: **805 777-3822**    FAX NO. *(Optional):* **805 777-3827**
   EMAIL ADDRESS *(Optional):*
   ATTORNEY FOR *(Name):* **WELLS FARGO NA**

FOR COURT USE ONLY

**FILED**
SUPERIOR COURT of CALIFORNIA
COUNTY of SANTA BARBARA

**JAN 1 8 2012**

GARY M. BLAIR, Executive Officer

BY _____
JACKIE VAZQUEZ, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA
   STREET ADDRESS: **1100 Anacapa Street**
   MAILING ADDRESS:
   CITY AND ZIP CODE: **Santa Barbara 93121**
   BRANCH NAME: **Santa Barbara Courthouse, Anacapa Division**

PLAINTIFF/PETITIONER: **WELLS FARGO NA**

DEFENDANT/RESPONDENT: **McCANDLESS, ET AL**

| | CASE NUMBER: |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | **1384458** |

Ref. No. or File No.:
**WFB vs. Mc Candless, et al**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents):*
   Summons-unlawful Detainer-eviction; Complaint-unlawful Detainer; Civil Case Cover Sheet; Prejudgment of Right to Possession

3. a. Party served *(specify name of party as shown on documents served):*
   **ALL OTHER OCCUPANTS, C/O Jennifer Mc Candless**
  b. [  ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   **67 ALAMEDA PADRE SERRA, SANTA BARBARA, CA 93103**

5. I served the party *(check proper box)*
  a. [  ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*    (2) at *(time):*
  b. [ X ] **by substituted service.** On *(date):* **1/15/2012**  (2) at *(time):* **4:17 PM**  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      Dinesh Perera, CO-RESIDENT, A Middle Eastern male approx. 55-65 years of age, 5'8"-6'0" tall weighing 160-180 lbs, salt and pepper.
    (1) [  ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
    (2) [ X ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
    (3) [  ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
    (4) [  ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    or [ X ] a declaration of mailing is attached.
    (5) [  ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Order No. 9364498 LAX FIL

| PLAINTIFF/PETITIONER:  WELLS FARGO NA | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  McCANDLESS, ET AL | 1384458 |

c. [  ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1) on *(date):*       (2) from *(city):*
    (3) [  ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*) (Code Civ. Proc., § 415.30)*
    (4) [  ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [X] **by other means** *(specify means of service and authorizing code section):*
    By **personally posting** on: **1/15/2012 at 4:17 PM.** C.C.P. 415.46.
    A Declaration of Mailing via First Class Mail is attached.

    [  ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [  ] as an individual defendant.
  b. [  ] as the person sued under the fictitious name of *(specify):*
  c. [X] as occupant
  d. [  ] On behalf of *(specify):*
    under the following Code of Civil Procedure section:

| | | |
|---|---|---|
| [  ] 416.10 (corporation) | [  ] 415.95 (business organization, form unknown) | |
| [  ] 416.20 (defunct corporation) | [  ] 416.60 (minor) | |
| [  ] 416.30 (joint stock company/association) | [  ] 416.70 (ward or conservatee) | |
| [  ] 416.40 (association or partnership) | [  ] 416.90 (authorized person) | |
| [  ] 416.50 (public entity) | [X] 415.46 (occupant) | |
| | [  ] other | |

7. **Person who served papers**
  a. Name:            **Sonny Haendiges**
  b. Address:         **6350 Laurel Canyon Blvd., #405, North Hollywood, CA 91606**
  c. Telephone number:  **818-787-0422**
  d. The fee for service was:  **$**
  e. I am:
    (1) [  ] not a registered California process server.
    (2) [  ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [X] registered California process server:
      (i) [  ] owner  [  ] employee  [X] independent contractor
      (ii) [X] Registration No.:  **553**
      (iii) [X] County:     **VENTURA**

8. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. [  ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:  **1/16/2012**

**BY FAX**

_____
    **Sonny Haendiges**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*Sonny Haendiges*
(SIGNATURE)

POS-010 [Rev. January 1, 2007]        **PROOF OF SERVICE OF SUMMONS**        Order No. 9364498 LAX FIL

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address):
**FREEDMAN, KENNETH A.**
**4165 E. THOUSAND OAKS BLVD., #101**
**WESTLAKE VILLAGE, CA 91362**
TELEPHONE NO.:  **805 777-3822**        FAX NO. (Optional):  **805 777-3827**
EMAIL ADDRESS (Optional):
ATTORNEY FOR (Name):  **WELLS FARGO NA**

FOR COURT USE ONLY

**F I L E D**
SUPERIOR COURT of CALIFORNIA
COUNTY of SANTA BARBARA

**JAN 1 8 2012**

GARY M. BLAIR, Executive Officer
BY _____
JACKIE VAZQUEZ, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA
STREET ADDRESS:  **1100 Anacapa Street**
MAILING ADDRESS:
CITY AND ZIP CODE:  **Santa Barbara 93121**
BRANCH NAME:  **Santa Barbara Courthouse, Anacapa Division**

| | |
|---|---|
| PLAINTIFF/PETITIONER:  **WELLS FARGO NA** | CASE NUMBER:  **1384458** |
| DEFENDANT/RESPONDENT:  **McCANDLESS, ET AL** | |
| **DECLARATION OF MAILING** | Ref. No. or File No.:  **WFB vs. Mc Candless, et al** |

The undersigned hereby declares: that I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

My business address is 501 12th St. Sacramento, CA 95814.

That on **January 16th, 2012**, after substituted service was made, I mailed the following documents: **Summons-unlawful Detainer-eviction; Complaint-unlawful Detainer; Civil Case Cover Sheet; Prejudgment of Right to Possession** to the servee in this action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid for first class mail and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in **Sacramento, CA.**

That I addressed the envelope as follows:

**ALL OTHER OCCUPANTS, C/O**
**Jennifer Mc Candless**
**67 ALAMEDA PADRE SERRA**
**SANTA BARBARA, CA 93103**

That I declare under penalty of perjury of the state of California that the foregoing is true and correct.

That I executed this declaration on **January 16th, 2012** at Sacramento, CA.

Declarant     Russell Duane



Order No. 9364498 LAX FIL

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
**FREEDMAN, KENNETH A.**
**4165 E. THOUSAND OAKS BLVD., #101**
**WESTLAKE VILLAGE, CA 91362**
TELEPHONE NO.: **805 777-3822**    FAX NO. *(Optional)*: **805 777-3827**
EMAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: **WELLS FARGO NA**

*FOR COURT USE ONLY*

**FILED**
SUPERIOR COURT of CALIFORNIA
COUNTY of SANTA BARBARA

**JAN 1 8 2012**

GARY M. BLAIR, Executive Officer

BY _____
JACKIE VAZQUEZ, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA
STREET ADDRESS: **1100 Anacapa Street**
MAILING ADDRESS:
CITY AND ZIP CODE: **Santa Barbara 93121**
BRANCH NAME: **Santa Barbara Courthouse, Anacapa Division**

PLAINTIFF/PETITIONER: **WELLS FARGO NA**

DEFENDANT/RESPONDENT: **McCANDLESS, ET AL**

CASE NUMBER:
**1384458**

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:
**WFB vs. Mc Candless, et al**

---

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   Summons-unlawful Detainer-eviction; Complaint-unlawful Detainer; Civil Case Cover Sheet; Prejudgment of Right to Possession

3. a. Party served *(specify name of party as shown on documents served)*:
   **Jennifer Mc Candless**

   b. [   ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   **67 ALAMEDA PADRE SERRA, SANTA BARBARA, CA 93103**

5. I served the party *(check proper box)*
   a. [   ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date):*   (2) at *(time):*

   b. [ X ] **by substituted service.** On *(date):* **1/15/2012** (2) at *(time):* **4:17 PM**   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   **Dinesh Perera, CO-RESIDENT, A Middle Eastern male approx. 55-65 years of age, 5'8"-6'0" tall weighing 160-180 lbs, salt and pepper.**

   (1) [   ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ X ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [   ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [   ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*      from *(city):*      or [ X ] a declaration of mailing is attached.

   (5) [ X ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Order No. 9364498 LAX FIL



| PLAINTIFF/PETITIONER:   WELLS FARGO NA | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   McCANDLESS, ET AL | 1384458 |

c. [   ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date):*   (2) from *(city):*
   (3) [   ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
   (4) [   ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [   ] **by other means** *(specify means of service and authorizing code section):*

   [   ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ X ] as an individual defendant.
  b. [   ] as the person sued under the fictitious name of *(specify):*
  c. [   ] as occupant
  d. [   ] On behalf of *(specify):*
     under the following Code of Civil Procedure section:

     [   ] 416.10 (corporation)         [   ] 415.95 (business organization, form unknown)
     [   ] 416.20 (defunct corporation)     [   ] 416.60 (minor)
     [   ] 416.30 (joint stock company/association)  [   ] 416.70 (ward or conservatee)
     [   ] 416.40 (association or partnership)   [   ] 416.90 (authorized person)
     [   ] 416.50 (public entity)           [   ] 415.46 (occupant)
                                       [   ] other

7. **Person who served papers**
  a. Name:          **Sonny Haendiges**
  b. Address:       **6350 Laurel Canyon Blvd., #405, North Hollywood, CA 91606**
  c. Telephone number:  **818-787-0422**
  d. The fee for service was:  **$99.50**
  e. I am:
   (1) [   ] not a registered California process server.
   (2) [   ] exempt from registration under Business and Professions Code section 22350(b).
   (3) [ X ] registered California process server:

     (i) [   ] owner  [   ] employee  [ X ] independent contractor
     (ii) [ X ] Registration No.:  **553**
     (iii) [ X ] County:       **VENTURA**

**BY FAX**

8. [ X ] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    **or**
9. [   ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date:  **1/16/2012**

|       **Sonny Haendiges** | *Sonny Haendiges* (signature) |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (SIGNATURE) |



**PROOF OF SERVICE OF SUMMONS**

Order No. 9364498 LAX FIL

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
FREEDMAN, KENNETH A.
4165 E. THOUSAND OAKS BLVD., #101
WESTLAKE VILLAGE, CA 91362
   TELEPHONE NO.: 805 777-3822      FAX NO. *(Optional):* 805 777-3827
   EMAIL ADDRESS *(Optional):*
   ATTORNEY FOR *(Name):* WELLS FARGO NA

**FOR COURT USE ONLY**

# FILED
SUPERIOR COURT of CALIFORNIA
COUNTY of SANTA BARBARA

**JAN 1 8 2012**

GARY M. BLAIR, Executive Officer
BY _Jackie Vazquez_
   JACKIE VAZQUEZ, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA
   STREET ADDRESS: 1100 Anacapa Street
   MAILING ADDRESS:
   CITY AND ZIP CODE: Santa Barbara 93121
   BRANCH NAME: Santa Barbara Courthouse, Anacapa Division

PLAINTIFF/PETITIONER: **WELLS FARGO NA**

DEFENDANT/RESPONDENT: **McCANDLESS, ET AL**

| | |
|---|---|
| CASE NUMBER: | **1384458** |

**DECLARATION OF REASONABLE DILIGENCE**

Ref. No. or File No.:
**WFB vs. Mc Candless, et al**

Party to Serve:
**Jennifer Mc Candless**

Documents:
**Summons-unlawful Detainer-eviction; Complaint-unlawful Detainer; Civil Case Cover Sheet; Prejudgment of Right to Possession**

Service Address:
**67 ALAMEDA PADRE SERRA, SANTA BARBARA, CA 93103**

I declare the following attempts were made to effect service by personal delivery:
**1/11/2012 4:02 PM: No Answer at the door, dark inside, noises inside, no activity inside, no vehicles present**
**1/12/2012 2:01 PM: No Answer at the door, dark inside, quiet inside, no activity inside, no vehicles present**
**1/13/2012 6:20 PM: No Answer at the door, dark inside, quiet inside, no activity inside, vehicle present (SKYSLMT)**
**1/13/2012 6:20 PM: No Answer at the door, dark inside, quiet inside, no activity inside, vehicle present (SKYSLMT)**
**1/14/2012 2:51 PM: No Answer at the door, dark inside, quiet inside, no activity inside, no vehicles present**

Person who served papers:
**Sonny Haendiges**
**6350 Laurel Canyon Blvd., #405, North Hollywood, CA 91606**
**818-787-0422**

BY FAX

I am a registered California process server
   Registration No.: **553**
   County: **VENT**      **URA**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **1/16/2012**

_____
**Sonny Haendiges**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_Sonny Haendiges_
(SIGNATURE)



Order No. 9364498 LAX FIL

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
FREEDMAN, KENNETH A.
4165 E. THOUSAND OAKS BLVD., #101
WESTLAKE VILLAGE, CA 91362
TELEPHONE NO.: 805 777-3822     FAX NO. (Optional): 805 777-3827
EMAIL ADDRESS (Optional):
ATTORNEY FOR (Name): WELLS FARGO NA

FOR COURT USE ONLY

**FILED**
SUPERIOR COURT of CALIFORNIA
COUNTY of SANTA BARBARA

**JAN 1 8 2012**

GARY M. BLAIR, Executive Officer
BY _Jackie Vazquez_
JACKIE VAZQUEZ, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA
STREET ADDRESS: 1100 Anacapa Street
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Barbara 93121
BRANCH NAME: Santa Barbara Courthouse, Anacapa Division

PLAINTIFF/PETITIONER: WELLS FARGO NA

DEFENDANT/RESPONDENT: McCANDLESS, ET AL

| DECLARATION OF MAILING |
|---|

CASE NUMBER: **1384458**

Ref. No. or File No.:
**WFB vs. Mc Candless, et al**

The undersigned hereby declares: that I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

My business address is 501 12th St. Sacramento, CA 95814.

That on **January 16th, 2012**, after substituted service was made, I mailed the following documents: **Summons-unlawful Detainer-eviction; Complaint-unlawful Detainer; Civil Case Cover Sheet; Prejudgment of Right to Possession** to the servee in this action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid for first class mail and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in **Sacramento, CA.**

That I addressed the envelope as follows:

Jennifer Mc Candless
67 ALAMEDA PADRE SERRA
SANTA BARBARA, CA 93103

That I declare under penalty of perjury of the state of California that the foregoing is true and correct.

That I executed this declaration on **January 16th, 2012** at Sacramento, CA.

_Russell Duane_
Declarant     **Russell Duane**

Order No. 9364498 LAX FIL

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
**FREEDMAN, KENNETH A.**
**4165 E. THOUSAND OAKS BLVD., #101**
**WESTLAKE VILLAGE, CA 91362**

TELEPHONE NO.: **805 777-3822**   FAX NO. *(Optional):* **805 777-3827**
EMAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* **WELLS FARGO NA**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA**
STREET ADDRESS: **1100 Anacapa Street**
MAILING ADDRESS:
CITY AND ZIP CODE: **Santa Barbara 93121**
BRANCH NAME: **Santa Barbara Courthouse, Anacapa Division**

FOR COURT USE ONLY

**FILED**
SUPERIOR COURT of CALIFORNIA
COUNTY of SANTA BARBARA

**JAN 1 8 2012**

GARY M. BLAIR, Executive Officer
BY _____
JACKIE VAZQUEZ, Deputy Clerk

| PLAINTIFF/PETITIONER: **WELLS FARGO NA** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **McCANDLESS, ET AL** | **1384458** |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |
|---|---|
| | **WFB vs. Mc Candless, et al** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents):*
   Summons-unlawful Detainer-eviction; Complaint-unlawful Detainer; Civil Case Cover Sheet; Prejudgment of Right to Possession

3. a. Party served *(specify name of party as shown on documents served):*
      **Dinesh Perera**
   b. [  ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   **67 ALAMEDA PADRE SERRA, SANTA BARBARA, CA 93103**

5. I served the party *(check proper box)*
   a. [ X ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date):* 1/15/2012   (2) at *(time):* 4:17 PM
   b. [  ] **by substituted service.** On *(date):*   (2) at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      (1) [  ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [  ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [  ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [  ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or [  ] a declaration of mailing is attached.
      (5) [  ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Order No. 7315134 LAX FIL



| PLAINTIFF/PETITIONER: WELLS FARGO NA | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: McCANDLESS, ET AL | 1384458 |

c. [　] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*    (2) from *(city):*

    (3) [　] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) [　] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [　] **by other means** *(specify means of service and authorizing code section):*

    [　] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. [ X ] as an individual defendant.

b. [　] as the person sued under the fictitious name of *(specify):*

c. [　] as occupant

d. [　] On behalf of *(specify):*

    under the following Code of Civil Procedure section:

| | |
|---|---|
| [　] 416.10 (corporation) | [　] 415.95 (business organization, form unknown) |
| [　] 416.20 (defunct corporation) | [　] 416.60 (minor) |
| [　] 416.30 (joint stock company/association) | [　] 416.70 (ward or conservatee) |
| [　] 416.40 (association or partnership) | [　] 416.90 (authorized person) |
| [　] 416.50 (public entity) | [　] 415.46 (occupant) |
| | [　] other |

7. **Person who served papers**

a. Name:     **Sonny Haendiges**

b. Address:     **6350 Laurel Canyon Blvd., #405, North Hollywood, CA 91606**

c. Telephone number:     **818-787-0422**

d. The fee for service was:     **$35.00**

e. I am:

    (1) [　] not a registered California process server.

    (2) [　] exempt from registration under Business and Professions Code section 22350(b).

    (3) [ X ] registered California process server:

        (i) [　] owner    [　] employee    [ X ] independent contractor

        (ii) [ X ] Registration No.:    **553**

        (iii) [ X ] County:    **VENTURA**

**BY FAX**

8. [ X ] I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [　] I **am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: **1/16/2012**

        **Sonny Haendiges**
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

                        (SIGNATURE)



**PROOF OF SERVICE OF SUMMONS**

Order No. 7315134 LAX FIL

1  Dinesh Perera
    Jennifer McCandless
2  67 Alameda Padra Serra
    Santa Barbara, California 93103
3  805-448-7961

4  Defendants appearing in Special Appearance &
    In Propria Persona
5

F I L E D
Superior Court of California
COUNTY OF SANTA BARBARA

JAN 2 0 2012

GARY M. BLAIR, Executive Officer
BY _____
TERRI CHAVEZ, Deputy Clerk

6

7            SUPERIOR COURT OF CALIFORNIA
              COUNTY OF SANTA BARBARA
8                 ANACAPA DIVISION

9

10  WELLS FARGO BANK N.A.,    )  Case No.: **1384458**
                       )
11        Plaintiff,       )  **NOTICE TO THE COURT**
                       )        **NOTICE OF:**
12     vs.           )  **"FRAUD UPON THE COURT"**
                       )
13  Jennifer McCandless, Dinesh Perera &  )  **Fraud upon the court by Plaintiff's counsel;**
                       )  **Court lacks jurisdiction over this matter**
14  Does 1 through 10      )  HEARING: FEB 9th 2012, 9:30 a.m
                       )  **Dept: 6**
15      Defendants.     )  **Judge: DeBellefueille**
                       )
16  _____)  **UNLAWFUL DETAINER**

17  Comes Now, the Defendants, Jennifer McCandless and Dinesh Perera, in "Special Appearance",

18  by and on behalf of themselves, as individuals in the in the exercise of rights, privileges and

19  immunities pursuant to the Constitution of the state of California per Articles 1 sections 1 and 8

20  including but not limited to rights secured by the United States Constitution specifically rights of

21  "Due Process" (4th Amendment), including "Equal Protection" (14th amendment), appear

22  "Specially", not Generally, without making any admissions to Jurisdiction, hereby Notices this

23  court of <u>Fraud Upon The Court</u> by the alleged Plaintiff's attorney Kenneth A. Freedman in this

24  matter.

25    <u>**This court lacks jurisdiction to proceed in this matter on the following grounds:**</u>

26    1.  Fraud upon the court by Plaintiff's attorney Kenneth A. Freedman;

(a). The Federal District Court of Appeals for the Ninth Circuit has pendant jurisdiction of this matter since October 6, 2011.

(b). Unlawful and fraudulent Notice from the court was sent to Defendants in violation of California and United States law.

(c). Defective service of process; The summons is statutorily deficient with no attached complaint.

## THE FEDERAL COURT OF APPEALS HAS JURISDICTION OVER THIS MATTER

On October 26, 2011, Defendants appealed the Federal District Court's ruling to dismiss their case to the Federal Appeals Court. This case is now under appellate review of the 9th Circuit Court of Appeals. Please see *Exhibit "A"* attached hereto and incorporated herein by reference. Plaintiff was given notice of this appeal some days later by the clerk of the Central District Court Western Division some days later. The action now before this court is unlawful to pursue and constitutes Fraud Upon The Court by Plaintiff's attorney Kenneth A. Freedman. Fraud Upon The Court is defined as such:

Fraud upon the court:

In the United States, when an officer of the court is found to have fraudulently presented facts to court so that the court is impaired in the impartial performance of its legal task, the act, known as "fraud upon the court", is a crime deemed so severe and fundamentally opposed to the operation of justice that it is not subject to any statute of limitation. Officers of the court include: Lawyers, Judges, Referees, and those appointed; Guardian Ad Litem, Parenting Time Expeditors, Mediators, Rule 114 Neutrals, Evaluators, Administrators, special appointees, and any others whose influence are part of the judicial mechanism.

"Fraud upon the court" has been defined by the 7th Circuit Court of Appeals to "embrace that species of fraud which does, or attempts to, defile the court itself, or is a fraud perpetrated by officers of the court so that the judicial machinery cannot perform in the usual manner its impartial task of adjudging cases that are presented for adjudication". Kenner v. C.I.R., 387 F.3d 689 (1968); 7 Moore's Federal Practice, 2d ed., p. 512, ¶ 60.23.

**NOTICE TO COURT of "Fraud Upon The Court" - 2**

What effect does an act of "fraud upon the court" have upon the court proceeding?  "Fraud upon the court" makes void the orders and judgments of that court. The U.S. Supreme Court has consistently held that a void order is void at all times, does not have to be reversed or vacated by a judge, cannot be made valid by any judge, nor does it gain validity by the passage of time. The order is void ab initio. Vallely v. Northern Fire & Marine Ins. Co., 254 U.S. 348, 41 S.Ct. 116 (1920).

In Bullock v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985), the court stated "Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function --- thus where the impartial functions of the court have been directly corrupted."

Plaintiff's attorney knew that this attempt to pursue an Unlawful Detainer action against the Defendants Jennifer McCandless and Dinesh Perera in light of the posture of the Federal Action pending in the appeals court would constitute fraud upon the court.  In light of these, these facts, this court is barred from proceeding further in the current action.  It is shocking to Defendants that Plaintiff is willing to violate the law so abruptly to steal Defendants home.

## UNLAWFUL AND FRAUDULENT NOTICE FROM THE SUPERIOR COURT CLERK

On Saturday, March 5, 2011, Defendants received by mail the purported Notice from the clerk of the Superior Court of Santa Barbara titled *NOTICE OF UNLAWFUL DETAINER ACTION – CCP 1161.2* (Case no. 1384458).  Please see *Exhibit "B"* attached hereto and incorporated herein by reference.  The Notice indicated that *"An eviction action has been filed naming you as a defendant.  This notice does not constitute service of the summons and complaint"*.  Further, below that line the Notice reads, *"The court may not allow access to your court file, index, or register of actions for 60 days after the complaint was filed except pursuant to an ex-parte court order upon a showing of good cause by any person"*.

This document does not invoke this Court's jurisdiction to adjudicate this matter.

**NOTICE  TO  COURT  of  "Fraud  Upon  The  Court" - 3**

1   Further the implications of sending this document to Defendants in light of these circumstances

2   would lead Defendants to believe that this document was sent by the authority or over the desk

3   of the managing clerk in total absence of any California law.  The idea of sealing records

4   pertaining to the Defendants or precluding Defendants from having access to a case file wherein

5   they are defendants, and <u>requiring</u> the defendants to pursue some <u>special court process</u> before

6   they could review the file, in order for them to see what action was filed against them would

7   constitute Fraud Upon The Court by either the clerk Penny Wooff, her boss, or both.  The actions

8   already taken against Defendants so far by opposing counsel and the court clerk's office,  would

9   give rise to a civil rights violation at minimal and a civil "RICO" violation at most.

## THE PURPORTED SUMMONS IS DEFICENT

Plaintiff's attorney has not complied with the law to invoke proper civil process in this matter. Kenneth A. Freedman has not served upon Defendants a lawful Summons with an attached Complaint to appear in this matter.  This document does not invoke this Court's jurisdiction to adjudicate this matter.  Plaintiff effectuated service of this document by merely leaving a copy on the door step of Defendants home.  This does not constitute lawful service of summons.  Further, there is <u>not complaint attached</u> thereto.  Plaintiff's attorney is attempting to undermine this State's laws of civil procedure to steal the property Defendants Jennifer McCandless and her husband Dinesh Perera.  Plaintiff's attorney is using this court venue as an avenue to assist him in this Fraud Upon The Court and upon the Defendants.

## DENIAL OF DUE PROCESS OF LAW

It is violative of the due process provision of the California and Federal Constitutions for this court to allow the alleged Plaintiff and Plaintiff's attorney to use this court's venue for racketeering and fraud. The acts of Plaintiff are so egregious that the Fraud Upon The Court is monumental. Our American system of jurisprudence dictates due process. The very first step in any court in America is for Plaintiff to effectuate the process of a Summons with a complaint to

**NOTICE TO COURT of "Fraud Upon The Court" - 4**

invoke a court's authority to hear any civil cause.  The violations of law perpetrated against Defendants so far violates the due process clauses and equal protection clauses under both the California Constitution at Article 1 Section 8 and under the Federal Constitution at Amendments 4 and 14.  It is Defendants' contention that this matter be dismissed on its face and Mr. Freeman be sanctioned for his conduct.

I declare under penalty of perjury under the laws of the United States and California, that the foregoing is true and correct to the best of my knowledge and belief.

Date: January 20, 2012

Respectfully Submitted

Dinesh Perera

Jennifer McCandless

All Rights Reserved

NOTICE TO COURT of "Fraud Upon The Court" - 5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A"

NOTICE TO COURT of "Fraud Upon The Court" - 6

FILED

Name _Dinesh Perera and Jennifer McCandless_

Address _67 Alameda Padra Serra_

City, State, Zip _Santa Barbara, California 93103_

Phone _805-448-7961_

Fax _____

E-Mail _____

☐ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained

2011 OCT 26  AM 10: 51

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

Fee Paid

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dinesh Perera &<br>Jennifer McCandless<br>PLAINTIFF(S), | **CASE NUMBER:**<br><br>CV11-4814 GW (RZx) |
| v.<br>Wells Fargo Bank, N.A. , First American Trustee<br>Servicing Solutions LLC, and Does 1 through 10 inclusive<br>DEFENDANT(S). | **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____Dinesh Perera and Jennifer McCandless_____ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:


☐ Bail status:

**Civil Matter**

☐ Order (specify):


☒ Judgment (specify):
   Motion to Dismiss under F.R.C.P. 12(b)(6)
   without leave to Amend 4th Cause of action.

☒ Other (specify):

   District Court declined to exercise
   supplemental jurisdiction of state law claims
   and remanded case back to state court.

Imposed or Filed on _September 29, 2011_ . Entered on the docket in this action on _September 29, 2011_ .

A copy of said judgment or order is attached hereto.

_October 26, 2011_

Date

_____

Signature
☒ Appellant/ProSe  ☐ Counsel for Appellant  ☐ Deputy Clerk

Note:  The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the
       attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number
       of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                         **NOTICE OF APPEAL**

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA026634
Cashier ID: llcash
Transaction Date: 18/26/2011
Payer Name: santa barbara organic spice
co
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
For: santa barbara organic spice co
Case/Party: D-CAC-2-11-CV-004814-001
Amount:      $455.00
------------------------------------
CHECK
Check/Money Order Num: 9009
Amt Tendered: $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:      $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $45.00.
```

# EXHIBIT "B"

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA**<br><br>STREET ADDRESS: 1100 Anacapa Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Santa Barbara, California 93101<br>BRANCH NAME: Santa Barbara-Anacapa Division | *FOR COURT USE ONLY*<br><br>**FILED**<br>SUPERIOR COURT of CALIFORNIA<br>COUNTY of SANTA BARBARA<br><br>JAN 0 6 2012<br><br>GARY M. BLAIR, Executive Officer<br>BY _Penny Wooff_<br>PENNY WOOFF, Deputy Clerk |
| Caption:<br><br>**Wells Fargo Bank NA vs Jennifer McCandless et al** | |
| **NOTICE OF UNLAWFUL DETAINER ACTION - CCP 1161.2** | CASE NUMBER:<br>**1384458** |

<u>An eviction action has been filed naming you as a defendant.  This notice does not constitute service of the summons and complaint.</u>

The court may not allow access to your court file, index, or register of actions for 60 days after the complaint was filed except pursuant to an ex parte court order upon a showing of good cause by any person.

However, the court shall allow access to the court file to a party in the action, an attorney for one of the parties, or any other person who provides to the court the names of at least one plaintiff and one defendant <u>and</u> provides the address, including any applicable apartment, unit or space number of the subject premises, <u>or</u> can provide the name of one of the parties or the case number <u>and</u> can establish through proper identification that he or she lives at the subject premises.

If a defendant prevails in the action within 60 days after the complaint is filed, the court may <u>not</u> allow access to the court index, register of actions, or any documents in the court file.

The following numbers may be called for legal advice:

Santa Barbara County Lawyer Referral Service:  (805) 569-9400
California Rural Legal Assistance (CRLA):  Santa Maria (805) 922-4563
Legal Aid:  Santa Barbara (805) 963-6754, Santa Maria (805) 922-9909, Lompoc/Solvang (805) 736-6582
Santa Barbara County Bar Association:  (805) 569-5511

---

### CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party of this action and that a true copy of the foregoing was mailed first class, postage prepaid in a sealed envelope addressed as shown, and that the mailing of the foregoing and execution of this certificate occurred at Santa Barbara, California, on  01/06/12

ALL OCCUPANTS
67 Alameda Padre Serra
Santa Barbara, CA 93103

Jennifer McCandless                    Dinesh  Perrera
67 Alameda Padre Serra                 67 Alameda Padre Serra
Santa Barbara, CA 93103                Santa Barbara, CA 93103

Gary M. Blair, Executive Officer          By   **PENNY WOOFF**          , Deputy

---

## CERTIFICATE OF SERVICE

This is to certify that I, Dinesh Perera have on this day:  November 1, 2011, placed a true and correct copy of the:

 PLAINTIFF'S NOTICE OF APPEAL, filed Oct. 26, 2011, at The United States District Court, Central District of California. A true and correct copy of filing was mailed via United States Postal Service, Certified mail, to Defendants Wells Fargo Bank N. A., First American Trustee Servicing Solutions LLC., through defendants counsel Dean A. Christopherson to the following address: Dawe, Christopherson, 1350 Treat Boulvevard, Suite 420, Walnut Creek, California 94597.


I declare under penalty of perjury that the above is true and correct.


Dinesh Perera.


Dinesh Perera
67. Alameda Padre Serra,
Santa Barbara, California 93101
Telephone: 805-448-7961

1  Dinesh Perera
   Jennifer McCandless
2  67 Alameda Padra Serra
   Santa Barbara, California 93103
3  805-448-7961

4  Defendants appearing in Special Appearance &
5  In Propria Persona

6

7            SUPERIOR COURT OF CALIFORNIA
                 COUNTY OF SANTA BARBARA
8                    ANACAPA DIVISION

9  WELLS FARGO BANK N.A.,              )  Case No.: **1384458**
                                       )
10          Plaintiff,                 )  **NOTICE OF MOTION AND MOTION TO**
                                       )  **QUASH SERVICE OF SUMMONS**
11     vs.                             )
                                       )  **C.C.P. § 418.10**
12  Jennifer McCandless, Dinesh Perera & )  *HEARING FEB 9, 2012  9:30a.m.*
                                       )  **Dept: 6**
13  Does 1 through 10                  )  **Judge: DeBellefueille**
                                       )
14          Defendants.               )  **UNLAWFUL DETAINER**
                                       )
15                                     )  **LIMITED CIVIL CASE**
16  ─────────────────────────────────  )

17      Comes Now, the Defendants, Jennifer McCandless and Dinesh Perera, in "Special

18  Appearance", by and on behalf of themselves, as individuals in the in the exercise of rights,

19  privileges and immunities pursuant to the Constitution of the state of California per Articles 1

20  sections 1 and 8 including but not limited to rights secured by the United States Constitution

21  specifically rights of "Due Process" (4th Amendment), including "Equal Protection" (14th

22  amendment), appear "Specially", not Generally, without making any admissions to Jurisdiction,

23  hereby Notices this court of Fraud Upon The Court by the alleged Plaintiff's attorney Kenneth A.

24  Freedman in this matter, and, to move for an order to quash the service of the summons on the

25  Defendants and staying the eviction pursuant to *Code of Civil Procedure 418.10*.

26

27

28

   **NOTICE OF MOTION AND MOTION TO QUASH SERVICE OF SUMMONS** – 1

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on___ 9 _____~~January~~ FEBRUARY , 2012, at __9:30 a.m.~~ Before the Honorable Denise DeBellefueille, in department 6, or as soon as the matter can be heard, Defendants will move and hereby does move the court pursuant to C.C.P. 418.10 quash the summons filed by Plaintiff WELLS FARGO BANK N.A.  This motion will be made on the grounds that:

**This court lacks jurisdiction to proceed in this matter on the following grounds:**

Defective service of process; The summons is statutorily deficient with no attached complaint, no proof of service, and was not served as required by California law.

A motion to quash will lie if process was not served in a statutorily-authorized manner. Schering Corp. v. Super.Ct. (Ingraham) (1975) 52 Cal. App. 3d 737, 741.

The packet received by Defendants has no proof of service, summons or complaint attached. This attempted service by Plaintiff violates several California laws including but not limited to California Code of Civil Procedure Sections 415.45, § 415.20, § 1161, and § 1162.

C.C.P. § 415.20 provides in relevant parts:

Service by posting can be done only if authorized by order of the court, after Plaintiff has filed an affidavit or declaration of due diligence and that a cause of action actually exists against the Defendants. This has not and cannot be done by Plaintiff.

Further, the Federal District Court of Appeals for the Ninth Circuit has pendant jurisdiction of this matter since October 6, 2011.

**THE FEDERAL COURT OF APPEALS HAS JURISDICTION OVER THIS MATTER**

On October 26, 2011, Defendants appealed the Federal District Court's ruling to dismiss their case to the Federal Appeals Court.  This case is now under appellate review of the 9th Circuit Court of Appeals.  Please see *Exhibit "A"* attached to the Notice to Court and incorporated herein by reference.  Plaintiff was given notice of this appeal some days later by the clerk of the Central District Court Western Division some days later.  The action now before this Court should be dismissed or stayed under the doctrine of *forum non conviens*.

NOTICE OF MOTION AND MOTION TO QUASH SERVICE OF SUMMONS - 2